# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY KP D.C.
Aug 24, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 24, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 22-12330-A
Case Style: John Farron Latham v. State of Florida
District Court Docket No: 1:19-cv-22883-CMA

LIMITED REMAND

Enclosed is a copy of an order remanding this appeal on a limited basis for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This appeal will be held in abeyance in this court pending disposition of limited remand proceedings in your court.

Upon completion of limited remand proceedings, please promptly send a copy of the ORDER ON REMAND to this court and certify any supplemental record of proceedings.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Toya J. Stevenson, A
Phone #: (404) 335-6188

CLK-3 DC Letter with Ltd Remand order

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12330-A

_____

JOHN FARRON LATHAM,

                                                                                   Plaintiff-Appellant,

versus

STATE OF FLORIDA,

                                                                                   Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

Before: ROSENBAUM and GRANT, Circuit Judges.

BY THE COURT:

    John Farron Latham, a Florida prisoner, filed *pro se* his notice of appeal on June 21, 2022, which is untimely to appeal from the district court's denial of his 28 U.S.C. § 2254 petition after it denied his motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) on May 11, 2022. *See Advanced Estimating Sys., Inc. v. Riney*, 77 F.3d 1322, 1323 (11th Cir. 1996) (explaining that the timely filing of a motion to alter or amend a judgment suspends the finality of the judgment for appeal purposes); Fed. R. App. P. 4(a)(1)(A), 4(a)(4)(A)(iv); 28 U.S.C. § 2107(a); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (holding that a *pro se* prisoner's court filing is deemed filed on the date that he delivers it to prison authorities for

mailing). Because, however, Latham filed a letter in the district court that alleged he did not receive notice of the disposition of his motion, his notice is construed as a motion to reopen the time to appeal under Federal Rule of Appellate Procedure 4(a)(6). *See Sanders v. United States*, 113 F.3d 184, 186-87 (11th Cir. 1997) (explaining that a *pro se* litigant's assertions will be liberally construed to discern whether jurisdiction can be founded on a legally justifiable base); Fed. R. App. P. 4(a)(6); 28 U.S.C. § 2107(c). Accordingly, we *sua sponte* REMAND the case to the district court for a determination of whether to reopen the appeal period.